UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 OCT 26 PM 3: 11
CLERK_____
SO. DIST. OF GA.

LEON MCKINNEY,

    Petitioner,

v.

    Case No. CV409-091

WARDEN DON JARRIEL,

    Respondent.

## ORDER

The Magistrate Judge has submitted his Report and Recommendation to the Court. The petitioner, Leon McKinney, has filed extensive objections. In fact, he has demonstrated that in all likelihood, this litigation will continue in one form or another. His objections have been considered by the Court. The Court concludes that the Magistrate Judge has been thorough and has arrived at conclusions that are demonstrably supported by the record.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26th day of October, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA